# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U S DISTRICT COURT
MAR 17 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Naranjibhai & Ramilaben Patel <br><br> Plaintiff(s), <br><br> v. <br><br> City of Los Angeles, et al <br><br> Defendant(s). | CASE NUMBER: <br><br> CV 05-1571 GAF (JWJx) <br><br> ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 <br> ( Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_3-15-05_        _Dale S. Fischer_
Date                   United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge _Fischer_ for all further proceedings.

_3/16/05_        _Gary A. Feess_
Date                   United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

_____

Date                   United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case _CV 03-3610 DSF (AJWx)_ and the present case:
- ☒ A. appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B. involve the same or substantially the same parties or property.
- ☐ C. involve the same patent, trademark or copyright.
- ☒ D. call for determination of the same or substantially identical questions of law and fact.
- ☒ E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**
Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Johnson_ to Magistrate Judge _Wistrich_.

On all documents subsequently filed in this case, please substitute the initials _DSF (AJWx)_ after the case number in place of the initials of the prior judge, so that the case number will read _CV 05-1571 DSF (AJWx)_. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☒ Western ☐ Southern ☐ Eastern Division.

**Subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

CV-34 (01/05)      ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)

MAR 15 2005        ENTERED ON CM 3/17/05