FRANK A. WEISER, (Bar No. 89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 903
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)

Attorney for Plaintiffs
NARANJIBHAI PATEL and
RAMILABEN PATEL

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2005
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NARANJIBHAI PATEL; RAMILABEN PATEL,

    Plaintiffs,

vs.

CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES POLICE CHIEF WILLIAM BRATTON; CITY OF LOS ANGELES POLICE OFFICER LOPEZ, Badge No. 31911 No. 33002, sued as DOE 1; CITY OF LOS ANGELES POLICE OFFICER SANCHEZ, Badge No. 32705, sued as DOE 2; CITY OF LOS ANGELES POLICE OFFICER MARISCO, Badge No. 32006, sued as DOE 3; CITY OF LOS ANGELES POLICE OFFICER GALLEGOS, Badge No. 33847, sued as DOE 4; CITY OF LOS ANGELES POLICE OFFICER KOVAL, Badge No. 32668, sued as DOE 5; CITY OF LOS ANGELES POLICE OFFICER VARGAS, Badge No. 31332, sued as DOE 6; CITY OF LOS ANGELES POLICE OFFICER DAVILA, Badge No. 31802, sued as DOE 7; and DOES 8 THROUGH 10 INCLUSIVE,

    Defendants.

No. CV05-01571-DSF(AJWx)

STIPULATION AND ORDER
[~~Proposed~~]

DATE: June 27, 2005
TIME: 11:00 a.m.
CTRM: 840

DOCKETED ON CM
JUN 23 2005
BY
022

Plaintiffs NARANJIBHAI and RAMILABEN PATEL (collectively "Plaintiffs") and Defendant CITY OF LOS ANGELES hereby stipulate to the following:

1. At present, the Court set a Scheduling Conference in this case for June 27, 2005 at 11:00 a.m. and the parties Joint Rule 26(f) Report was to be filed with the Court by June 20, 2005.

2. At present, the parties have not filed the Joint Rule 26(f) Report.

3. Plaintiffs' counsel suffers from Chrone's Disease, an inflammatory bowel illness, and has been ill over the past three weeks sufering from weight loss, nausea and other bowel related complications. As a result of his illness, he was required to take a special outpatient infusion treatment of a drug called Remicade at Cedars-Sinai Medical Center on June 10, 2005 of this year. A copy of a document entitled Cedars-Sinai Leaving Hospital Against Medical Advice dated June 10, 2005 indicating counsel's medical treatment is attached hereto as Exhibit "A".

4. As a result of the medical condition, plaintiff's counsel, was unable to meet with Defendant's counsel and prepare the Joint Rule 26(f) Report.

5. The parties intended to meet last week after Plaintiffs' counsel took his Remicade treatment and file the Joint Rule 26(f) Report, but Plaintiffs' counsel was still quite ill and could not do so and rescheduled the meeting for

Monday, June 20, 2005.

6. Plaintiffs' counsel was still quite ill on June 20, 2005, and was required to see his physician, James Sherman, M.D., on an emergency basis the same day and therefore had to cancel the meeting.

7. After seeing Dr. Sherman, it was decided that Plaintiffs' counsel requires special medical tests within the next two weeks.

8. Therefore the parties stipulate, subject to the Court's approval, that the Scheduling Conference be continued to July 18, 2005 and that the parties be permitted to file the Joint Rule 26(f) Report no later than July 11, 2005.

DATED: June 21, 2005        LAW OFFICES OF FRANK A. WEISER

By: /s/ Frank A. Weiser
FRANK A. WEISER, Attorney for Plaintiffs NARANJIBHAI PATEL and RAMILABEN PATEL

DATED: June 21, 2005        ROCKARD J. DELGADILLO, City Attorney
GARY G. GEUSS, Senior Assistant City Attorney
DON VINCENT, Assistant City Attorney

By: /s/ Robert Brown
ROBERT BROWN, Deputy City Attorney for Defendant CITY OF LOS ANGELES

3

**ORDER**
[~~Proposed~~]

IT IS ORDERED that the presently scheduled Scheduling Conference be continued to July ~~18~~ 25, 2005 @ 11:00 am and that the parties be permitted to file the Joint Rule 26(f) Report no later than July 11, 2005.

DATE: 6-22-05

THE HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT ~~COURT~~ JUDGE

4

**CEDARS-SINAI MEDICAL CENTER**

## LEAVING HOSPITAL AGAINST MEDICAL ADVICE

Name of Hospital __CSMC / IU Remicade__

This is to certify that __Frank Weiser__, a patient in the above-named hospital, is leaving the hospital against the advice of the attending physician and the hospital administration. I acknowledge that I have been informed of the risk and consequences involved and hereby release the attending physician, any other physicians involved in the patient's care, and the hospital, from all responsibility for any ill effects which may result from this action.

__6-10-05__
Date

__1725__
Time

__Frank A. Weiser__
Patient / Parent / Guardian / Conservator

__[signature]__
Witness

*If signed by other than patient, indicate relationship*

## PROOF OF SERVICE
### (Via Various Methods)

I, GLORIA E. YOSHINAGA, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 7th Floor, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On June 21, 2005, I served the foregoing document(s) described as:

**STIPULATION AND ORDER [PROPOSED]**

on all interested parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

**Frank A. Weiser, Esq.**           **Attorney for Plantiffs**
**3460 Wilshire Blvd, Suite 903**   **Naranjibhai Patel and Ramilaben Patel**
**Los Angeles, CA  90010**

[ ] BY PERSONAL SERVICE - ( ) I delivered by hand, or ( ) I caused to be delivered by via messenger service, such envelope to the offices of the addressee with delivery time prior to 5:00 p.m. on the date specified above.

[ ] BY FACSIMILE TRANSMISSION TO:
I caused such documents to be transmitted to the offices of the addressee via facsimile machine, on the date specified above. The facsimile machine I used was in compliance with Rule 2003(3) and the transmission was reported as complete without error. Pursuant to Rule 2008(e), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

[XX] BY MAIL - I thereafter caused such envelope to be deposited in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on June 21, 2005, at Los Angeles, California.

_____
GLORIA E. YOSHINAGA