1 | **ROCKARD J. DELGADILLO**, City Attorney (SBN 125465)
**MICHAEL L. CLAESSENS**, Senior Assistant City Attorney (SBN 125379)
2 | **DON W. VINCENT,** Assistant City Attorney (SBN 63084)
**ROBERT BROWN**, Deputy City Attorney (SBN 187845)
3 | 200 North Main Street, City Hall East, 7th Floor
Los Angeles, CA 90012
4 | Telephone: (213) 978-2209
Facsimile: (213) 978-2211
5 | E-mail: rbrown@atty.lacity.org

Attorneys for Defendant City of Los Angeles

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2006 FEB 16 PH 2:34

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV03-3610-DSF
CV04-2192-DSF

NARANJIBHAI PATEL,
RAMILABEN PATEL,

    Plaintiffs,

vs.

CITY OF LOS ANGELES, a municipal corporation; CITY OF OS ANGELES POLICE CHIEF WILLIAM BRATTON; CITY OF LOS ANGELES POLICE OFFICER LOPEZ, Badge No. 31911,   No. 33002, Sued as Doe 1; CITY OF LOS ANGELES POLICE OFFICER SANCHEZ, Badge No. 32705, sued as DOE 2; CITY OF LOS ANGELES POLICE OFFICER MARISCO, Badge No. 32006, sued as DOE 3; CITY OF LOS ANGELES POLICE OFFICER GALLEGOS, Badge No. 33847, sued as DOE 4; CITY OF LOS ANGELES POLICE OFFICER KOVAL, Badge No. 32668, sued as DOE 5; CITY OF LOS ANGELES POLICE OFFICER VARGAS, Badge No. 31332, sued as DOE 6; CITY OF LOS ANGELES POLICE OFFICER DAVILA, Badge No. 31802, sued as   DOE 7; and DOES 8 THROUGH 10, Inclusive,

    Defendants.

CASE NO. CV05-01571 DSF (JWJx)

*Assigned to Honorable Dale S. Fischer*

**STIPULATION TO CONSOLIDATE AND DISMISS**

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

#270293-1

1

DOCKETED ON CM
FEB 21 2006
BY _____ 022

1. IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES to these actions through their designated counsel, that because these cases involve identical legal issues regarding the constitutionality of LAMC 41.49, <u>Rameshbhai Bhakta, et al. vs. City of Los Angeles</u>, Case Number CV04-2192 DSF, <u>Rajendrakumar Bhakta, etl. al. v. City of Los Angeles, et. al</u>, Case Number CV03-3610 DSF should be consolidated for all purposes, including trial, with <u>Naranjibhai Patel, et. al. v. City of Los Angeles, et. al.</u>, Case Number CV05-1571 DSF, such that Case Number CV05-1571 will be the lead case.

**The parties further stipulate** through their undersigned designated counsel, that Defendants William Bratton, LAPD Officers Lopez (31911), Lauraine Harrington (33002), Sanchez (32705), Marisco (32006), Gallegos (33847), Koval (32668), Vargas (31332), Davila (31802), Michael Barrios, Michael Shea, Yvonne Enriquez, Stinson Brown, David Drew, Edward Pigao, Stephanie Tuller, and, all individual defendants, are dismissed without prejudice from each action, and shall not be brought into the consolidated action.

The parties agree that the sole issue in the consolidated action is the constitutionality of Los Angeles Municipal Code Section 41.49; that there are no damages claims; and that <u>Monell</u> claims are not at issue.

This stipulation is only applicable to the claims raised in the consolidated action and is not specifically applicable to any other lawsuit for damages that may be filed in the future or that may be filed by any individual plaintiff against the City of Los Angeles or any of the individual defendants. Plaintiffs will not file such a damages action in the consolidated lawsuit of <u>Naranjibhai Patel, et. al. v. City of Los Angeles, et. al.</u>, Case Number CV05-1571 DSF. The dismissals in this case do not affect the statute of limitations on any prospective lawsuit. Specifically, Plaintiffs preserve their statute to limitations for damages for any claims already raised in these lawsuits.

| | |
|---|---|
| 1 | The parties further stipulate that they may take more than ten (10) depositions. |
| 2 | |

The parties further stipulate that any 14th Amendment Equal Protection Clause claims, alleging racial discrimination, are dismissed from this action.

The parties further stipulate that each party will bear his or her own costs and attorney fees for litigation regarding said Defendants. This Stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Local Rule 7-1.

Dated: February 15, 2006

ROCKARD J. DELGADILLO, City Attorney
MIKE CLAESSENS, Sr. Assistant City Attorney
DON W. VINCENT, Assistant City Attorney

By: _____
ROBERT BROWN
Deputy City Attorney

Attorney for Defendant City of Los Angeles

Dated: February 15, 2006

**LAW OFFICES OF FRANK WEISER**

By: _____
FRANK A. WEISER
Attorney for Naranjibhai Patel and Ramilaben Patel

***IT IS SO ORDERED:***

Dated: 2/16, 2006

_____
UNITED STATES DISTRICT ~~COURT~~ JUDGE
DALE FISCHER

#270293-1                                                    3

# PROOF OF SERVICE
## (Via Various Methods)

I, GLORIA E. YOSHINAGA, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 7th Floor, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On February 16, 2006, I served the foregoing document(s) described as:

**STIPULATION TO CONSOLIDATE AND DISMISS**

on all interested parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| **Frank A. Weiser, Esq.**<br>3450 Wilshire Blvd, Suite 903<br>Los Angeles, CA 90010 | **Attorney for Plantiff**<br>**Naranjibhai Patel and Ramilaben Patel** |

[ ] BY PERSONAL SERVICE - ( ) I delivered by hand, or ( ) I caused to be delivered by via messenger service, such envelope to the offices of the addressee with delivery time prior to 5:00 p.m. on the date specified above.

[ ] BY FACSIMILE TRANSMISSION TO:
I caused such documents to be transmitted to the offices of the addressee via facsimile machine, on the date specified above. The facsimile machine I used was in compliance with Rule 2003(3) and the transmission was reported as complete without error. Pursuant to Rule 2008(e), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

[XX] BY MAIL - I thereafter caused such envelope to be deposited in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on February 16, 2006, at Los Angeles, California.

_____
GLORIA E. YOSHINAGA

#270293-1                                    4