1  ROCKARD J. DELGADILLO, City Attorney (SBN 125465X)
   LAURIE RITTENBERG, Assistant City Attorney (SBN 106683)
2  **TODD T. LEUNG**, Deputy City Attorney (SBN 204641)
   OFFICE OF THE CITY ATTORNEY
3  200 North Main Street, 9th Floor, Room 900, City Hall East
   Los Angeles, California 90012-4131
4  Tel. No.: (213) 473-6875/ Fax No.: (213) 473-6818

   Attorneys for Defendant
   CITY OF LOS ANGELES

FILED
CLERK, U.S. DISTRICT COURT
OCT 20 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARANJIBHAI PATEL, RAMILABEN PATEL, | CASE NO. CV05-1571 DSF (JWJx) [r/t CV04-2192 DSF & CV03-361010 DSF] |
| Plaintiffs, | |
| vs. | *Honorable Dale S. Fischer, Judge* *Courtroom: 830* |
| THE CITY OF LOS ANGELES, a Municipal Corporation; CITY OF LOS ANGELES POLICE CHIEF WILLIAM BRATTON; CITY OF LOS ANGELES POLICE OFFICER LOPEZ, Badge No. 31911, No. 33002, Sued as DOE 1; CITY OF LOS ANGELES POLICE OFFICER SANCHEZ, Badge No. 32705, Sued as DOE 2; CITY OF LOS ANGELES POLICE OFFICER MARISCO, Badge No. 32006, Sued as DOE 3; CITY OF LOS ANGELES POLICE OFFICER GALLEGOS, Badge No. 33847, Sued as DOE 4; CITY OF LOS ANGELES POLICE OFFICER KOVAL, Badge No. 32668, Sued as DOE 5; CITY OF LOS ANGELES POLICE OFFICER VARGAS, Badge No. 31332, Sued as DOE 6; CITY OF LOS ANGELES POLICE OFFICER DAVILA, Badge No. 31802, Sued as DOE 7; and DOES 8 through 10, inclusive, | [~~PROPOSED~~] ORDER GRANTING EX-PARTE APPLICATION TO CONTINUE TRIAL<br><br>Trial: Trailing (October 17, 2006)<br>Time: 8:00 a.m. |
| Defendants. | |
| AND ALL OTHER RELATED CASES. | |

1

[PROPOSED] ORDER GRANTING EX-PARTE
APPLICATION TO CONTINUE TRIAL

1  The Court has considered and reviewed the ex-parte application of Defendant, City of
2  Los Angeles, to continue the trial that is currently trailing (last trial date - October 17, 2006).
3  For the reasons set forth therein, and good cause appearing, IT IS HEREBY ORDERED that
4  the trial in this action is continued to __12/5__, 2006 at 9 a.m.

6  DATED: October 20, 2006

                                  _____
                                  UNITED STATES DISTRICT JUDGE

13  #9600

## PROOF OF SERVICE BY FAX AND MAIL

NARANJIBHAI PATEL, RAMILABEN PATEL v. THE CITY OF LOS ANGELES, et al.
CASE NO. CV05-1571 DSF (JWJx)
[Related to Case Nos. CV04-2192 DSF and CV03-3610 DSF]

I am a secretary/paralegal employed by the Office of the Los Angeles City Attorney located in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 200 North Main Street, City Hall East, Ninth Floor, Suite 900, Los Angeles, California 90012. I served the foregoing documents described as: **[PROPOSED] ORDER GRANTING EX-PARTE APPLICATION TO CONTINUE TRIAL** on the interested parties in this action by Faxing and Mailing the original/true copy thereof to the person(s) addressed as follows:

**FRANK A. WEISER, Esq.**
**3460 Wilshire Boulevard, Suite 903**
**Los Angeles, California 90010**
Tel. No.: (213) 384-6964
Fax No.: (213) 383-7368

[ x ]  BY MAIL C.C.P. §1013a(1) - On **OCTOBER 19, 2006**, I deposited said envelope in the United States Mail at Los Angeles, California with first class postage thereon fully prepaid.

[ ]  BY MAIL C.C.P. §1013a(2) - On [date], I placed for deposit said envelope in _____. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, in the ordinary course of business, correspondence placed in _____ is deposited with the United States Postal Service on that same day at Los Angeles, California. I am aware that, on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

[ ]  BY PERSONAL SERVICE (C.C.P. §1011) - On [date], ( ) I delivered by hand or ( ) I caused to be delivered via messenger service, such envelope to the office of the addressee with delivery time prior to 5:00 p.m., on the date specified above.

[ ]  BY OVERNIGHT COURIER (C.C.P. §1013(c) & (d) - I caused the above-referenced document(s) to be delivered via: [**name of courier service**], an overnight courier service, for delivery to the above addressee(s).

[ x ]  BY FACSIMILE (C.C.P. §1013(e) & (f) and CRC Rule 2008 or FRCP Rule 5(b)(2)(D) - On **OCTOBER 19, 2006**, I caused the above-referenced document to be transmitted to the above-named person, **FRANK A. WEISER**, at (213) 383-7368.

[ x ]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[ x ]  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **OCTOBER 19, 2006**, at Los Angeles, California.

**ANNA MARIE SCHWABER**
_____        _____
PRINT NAME                                    SIGNATURE

#8102