JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NARANJIBHAI PATEL, et al., | ) | CASE NO. CV 05-1571 DSF (AJWx) |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT FOR DEFENDANTS AFTER COURT TRIAL |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

        The Court having conducted a trial of this case, having reviewed the evidence submitted by the parties, and having issued its Findings of Fact and Conclusions of Law After Court Trial, it is ORDERED, ADJUDGED AND DECREED that judgment be entered against plaintiffs and in favor of defendants, that the plaintiffs take nothing, and that defendants recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 9/5/08

_____
Dale S. Fischer
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28