FRANK A. WEISER, (Bar No. 89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 1212
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)

Attorney for Plaintiffs
NARANJIBHAI PATEL,
RAMILABEN PATEL, LOS
ANGELES LODGING
ASSOCIATION and
All Other Individually
Named Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARANJIBHAI PATEL, RAMILABEN PATEL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants.<br>_____<br>AND ALL OTHER RELATED CASES<br>_____ | No. CV 05-1571 DSF(JWJx)<br>[r/t CV04-2192 DSF &<br>CV03-3610 DSF]<br><br>NOTICE OF APPEAL |

Plaintiffs NARANJIBHAI PATEL, RAMILABEN PATEL, LOS ANGELES LODGING ASSOCIATION and All Other Individually Named Plaintiffs in this action and related case nos. CV 04-2192 DSF and CV 03-3510 DSF hereby appeals to the United States Court of Appeal for the Ninth Circuit the Judgment entered on September 17, 2008 (entered as Civil Docket

Number 62) in favor of the Defendants City of Los Angeles and Police Chief William Bratton, and Police Officers Lopez, Sanchez, Marisco, Gallegos, Koval, Vargas and Davila.

DATED: September 17, 2006        LAW OFFICES OF FRANK A. WEISER

By: _____
FRANK A. WEISER, Attorney for Plaintiffs NARANJIBHAI PATEL, RAMILABEN PATEL, LOS ANGELES LODGING ASSOCIATION and All Other Individually Named Plaintiffs

PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

      I am employed in the County of Los Angeles, am over the age of 18 years, and not a party to the within action. My business address is 3460 Wilshire Boulevard, Suite 1212, Los Angeles, California 90010.

      On September 17, 2008, I served the document entitled NOTICE OF APPEAL on the interested parties in this action by mailing and telefaxing a true copy thereof addressed as follows:

      Rockard J. Delgadillo, City Attorney
      Laurie Rittenberg, Assistant City Attorney
      Todd T. Leung, Deputy City Attorney
      Business and Complex Litigation Division
      200 N. Main Street, 900 City Hall East
      Los Angeles, CA 90012-4131
      Facsimile: (213) 473-6818

  X    BY FIRST CLASS U.S. MAIL: I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

      BY PERSONAL SERVICE: I caused to be delivered such document by hand to the persons listed as addressed above.

  X    BY FACSIMILE TRANSMISSION: I transmitted to the persons listed at the telephone number above.

  X    (FEDERAL) I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

      Executed on September 17, 2008 at Los Angeles, California.

                                                    /s/ Frank A. Weiser
                                                  Frank A. Weiser