**FILED**

UNITED STATES COURT OF APPEALS

OCT 22 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NARANJIBHAI PATEL; et al.,<br><br>       Plaintiffs - Appellants,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal corporation,<br><br>       Defendant - Appellee. | No. 08-56567<br><br>D.C. No. 2:05-cv-01571-DSF<br><br>Central District of California, Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 21 days after the date of this order, appellants shall pay to the district court the $455.00 filing and docketing fees for this appeal and file in this court proof of such payment or file in this court a motion to proceed in forma pauperis. Failure to pay the fees or file a motion to proceed in forma pauperis shall result in the automatic dismissal of the appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

The Clerk shall serve a Form 4 financial affidavit on appellants.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Alexius Markwalder
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

AM/MOATT