```
 1  FRANK A. WEISER, (Bar No. 89780)
    Attorney at Law
 2  3460 Wilshire Blvd., Ste. 1212
 3  Los Angeles, California 90010
    (213) 384-6964  - (voice)
 4  (213) 383-7368  - (fax)
 5  maimons@aol.com - (e-mail)
 6
    Attorney for Plaintiffs
 7  ALL PLAINTIFFS IN THE
 8  CONSOLIDATED ACTIONS
```

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARANJIBHAI PATEL, et al., | ) No. CV05-01571-DSF(AJWx) |
| | ) [consolidated with CV |
| Plaintiffs, | ) 03-3610 DSF (AJWx) & |
| | ) CV 04-2192 DSF (AJWx)] |
| v. | ) |
| | ) NOTICE OF TENTATIVE |
| City of Los Angeles, | ) SETTLEMENT OF ATTORNEY |
| | ) ATTORNEY'S FEES |
| | ) |
| | ) DATE: (none) |
| | ) TIME: (none) |
| | ) CTRM: 840 |

Plaintiffs NARANJIBHAI PATEL and RAMILABEN PATEL, and LOS ANGELES LODGING ASSOCIATION AND ALL OTHER INDIVIDUALLY NAMED PLAINTIFFS IN THE CONSOLIDATED ACTIONS, Case Numbers CV 03-3610 DSF (AJWx), CV 04-2192 DSF (AJWx) and CV 05-01571 DSF (AJWx)

("Plaintiffs") file this Notice of Settlement of Attorney Fees.

On June 23, 2016, the parties mediated the attorney fees for the district court litigation of the facial challenge to the Los Angeles Municipal Code §41.49(b). The parties reached a settlement on the amount of attorney fees. The settlement is subject to the approval of the Los Angeles City Council.

The City's settlement process involves four steps: approval by the Claims Board, approval by the Budget and Finance Committee of the City Council, approval by the full City Council and, finally, concurrence by the Mayor. This process generally takes a minimum of 45 to 60 days; however, the City Council is on hiatus the entire month of July, so the process is likely to take at least 90 days, if not somewhat longer, to complete all necessary approvals and issue checks to Plaintiffs' counsel.

Plaintiffs request that the Court retain jurisdiction of this matter until the settlement has been completed. Plaintiffs will file a Notice of Dismissal with the Court as soon as the settlement is completed.

Dated: June 27, 2016         LAW OFFICES OF FRANK A. WEISER

/s/ Frank A. Weiser
By: FRANK A. WEISER,
Attorney for all Plaintiffs in the
Consolidated Actions

-2-