FRANK A. WEISER, (Bar No. 89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 903
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)
maimons@aol.com - (e-mail)

Attorney for Plaintiff
LOS ANGELES LODGING
ASSOCIATION and
All Individually Named
Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARANJIBHAI PATEL, RAMILABEN PATEL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants.<br><br>AND ALL OTHER RELATED CASES | No. CV 05-1571 DSF(JWJx)<br>[consolidated with<br>  CV04-2192 DSF &<br>  CV03-3610 DSF]<br><br>PLAINTIFFS' STATUS REPORT<br><br>DATE: (none)<br>TIME: (none)<br>CRTM: 840 |

Plaintiff LOS ANGELES LODGING ASSOCIATION and All Individually Named Plaintiffs (collectively "Plaintiffs") in this action and consiolidated case nos. CV 04-2192 DSF and CV 03-3510 DSF hereby file the following status report:

1

On June 22, 2015, the U.S. Supreme Court entered judgment in favor of Plaintiffs declaring the motel records search section of Los Angeles Municipal Code ("LAMC") §41.49 facially unconstitutional under the Fourth Amendment of the U.S. Constitution. City of Los Angeles v Patel, 135 S.Ct. 2443 (2015).

On February 17, 2006, the parties to this consolidated action stipulated to dismiss without prejudice and with a tolling of the statute of limitation the Individual Plaintiffs damage claims. (Civil Docket No. 22).

The parties to this consolidated action completed the settlement of the attorney fees on October 5, 2016 and the attorney fees for the U.S. Supreme Court case and this District Court case have now been paid. Previously, the Defendant City of Los Angeles settled and paid the attorney fees for the case in the Ninth Circuit. As such, Plaintiffs previously filed Notice of Settlement of Attorney Fees (Civil Docket No. 110) has now been completed.

Plaintiffs thank Carol Sobel, Esq. and Deputy City Attorney Gabriel Dermer for their invaluable assistance in resolving the issue of attorney fees.

Therefore, Plaintiffs request that a judgment declaring the motel records search section of LAMC §41.49 facially unconstitutional under the Fourth Amendment of the U.S. Constitution pursuant to City of Los Angeles v Patel, 135 S.Ct. 2443 (2015) be entered.

    Plaintiffs will submit a proposed judgment to the Court after the Columbus Day Holiday.

DATED: October 7, 2006        LAW OFFICES OF FRANK A. WEISER

By: *Frank A. Weiser*
FRANK A. WEISER, Attorney for
Plaintiff LOS ANGELES LODGING
ASSOCIATION and All
Individually Named Plaintiffs

3