FRANK A. WEISER, (Bar No. 89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 903
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)
maimons@aol.com - (e-mail)

Attorney for Plaintiff
LOS ANGELES LODGING
ASSOCIATION and
All Individually Named
Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARANJIBHAI PATEL, RAMILABEN PATEL, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. <br><br> AND ALL OTHER CONSOLIDATED CASES | No. CV 05-1571 DSF(AJWx) <br> [consolidated with <br>  CV04-2192 DSF & <br>  CV03-3610 DSF] <br><br> NOTICE OF LODGING <br> OF PROPOSED FINAL <br> JUDGMENT <br><br><br> DATE: (none) <br> TIME: (none) <br> CTRM: 840 |

1

TO DEFENDANT CITY OF LOS ANGELES AND TO THEIR ATTORNEY OF RECORD:

Plaintiffs NARANJIBHAI PATEL and RAMILABEN PATEL and Plaintiff LOS ANGELES LODGING ASSOCIATION and All Individually Named Plaintiffs in consolidated Case Nos. CV 04-2192 DSF and CV 03-3510 DSF (collectively "Plaintiffs") hereby lodge the attached proposed final judgment in this action.

DATED: October 14, 2006       LAW OFFICES OF FRANK A. WEISER

By: /s/ Frank A. Weiser
FRANK A. WEISER, Attorney for Plaintiff LOS ANGELES LODGING ASSOCIATION and All Individually Named Plaintiffs

2