```
1  FRANK A. WEISER, (Bar No. 89780)
   Attorney at Law
2  3460 Wilshire Blvd., Ste. 903
   Los Angeles, California 90010
3  (213) 384-6964 - (voice)
   (213) 383-7368 - (fax)
4  maimons@aol.com - (e-mail)

5  Attorney for Plaintiff
   LOS ANGELES LODGING
6  ASSOCIATION and
   All Individually Named
7  Plaintiffs
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARANJIBHAI PATEL, RAMILABEN PATEL, | No. CV 05-1571 DSF(AJWx) [consolidated with CV04-2192 DSF & CV03-3610 DSF] |
| Plaintiffs, | FINAL JUDGMENT [Proposed] |
| vs. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |
| AND ALL OTHER CONSOLIDATED CASES | |

1

     Pursuant to 42 U.S.C. § 1983, Final Judgment in this matter shall be entered in favor of Plaintiffs NARANJIBHAI PATEL and RAMILABEN PATEL in this action and Plaintiff LOS ANGELES LODGING ASSOCIATION and All Individually Named Plaintiffs in consolidated Case Nos. CV 04-2192 DSF and CV 03-3510 DSF (collectively "Plaintiffs") against the Defendant City of Los Angeles ("Defendant") in accordance with <u>City of Los Angeles v Patel</u>, 576 U.S. ___, 135 S.Ct. 2443 (2015) holding that Los Angeles Municipal Code ("LAMC") §41.49(3)(a) is facially unconstitutional under the Fourth Amendment of the U.S. Constitution.

     Costs and Attorney Fees in favor of Plaintiffs as prevailing party pursuant to 42 U.S.C. § 1988 has been settled between the parties.

DATE: _____

                                               THE HONORABLE DALE S. FISCHER,
                                               UNITED STATES DISTRICT COURT JUDGE