JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NARANJIBHAI PATEL, RAMILABEN PATEL, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.:  CV 05-1571 DSF (AJWx) Consolidated with CV 04-2192 DSF and CV 03-3610 DSF |
| Plaintiffs, | | |
| vs. | | |
| CITY OF LOS ANGELES, et al., | | JUDGMENT |
| Defendants. | | |

_____

Judgment is entered in favor of Plaintiffs Naranjibhai Patel and Ramilaben Patel in this action and Plaintiff Los Angeles Lodging Association and all individually named plaintiffs in consolidated case nos. 04-2192 DSF and CV 03-3510 DSF against the Defendant City of Los Angeles,.

11/4/16

Dated: _____

_____
Dale S. Fischer
United States District Judge